## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: )<br>DAVID SULLIVAN and LUZ ENEIDA ) Ch. 13 No. 08-31913-HJB<br>SULLIVAN, )<br>      Debtors )<br>------------------------------------------------ )<br>L. JED BERLINER, ESQ., )<br>      Appellant )<br>)<br>      v. ) CIVIL ACTION NO. 3:10-30158 -MAP<br>)<br>DENISE M. PAPPALARDO, ESQ. )<br>      Appellee ) | |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered pursuant to this court's memorandum and order entered this date, affirming the ruling of the bankruptcy court and denying appellant's motion to stay.

                                              **SARAH A. THORNTON**,
                                              CLERK OF COURT

Dated: June 15, 2011                         By /s/ *Maurice G. Lindsay*
                                                Maurice G. Lindsay
                                                Deputy Clerk

(Civil Judgment (bankruptcy) - 3.wpd - 11/98)                                              [jgm.]